IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| THE UNITED STATES OF<br>AMERICA *et al.*,<br>*Defendants* | : <br> : <br> : <br> : | No. 22-4838 |

## ORDER

AND NOW, this ____ day of February, 2023, upon consideration of Plaintiff Hayriye Beril Gok's motions for leave to file an amended complaint under Federal Rule of Civil Procedure 15 (Doc. Nos. 6, 13, 16, 18, 20, 21, 22, 24, 25, 26, 27, 28, 29), it is hereby **ORDERED** as follows:

1. Ms. Gok's motions for leave to file an amended complaint under Federal Rule of Civil Procedure 15 (Doc. Nos. 6, 13, 16, 18, 20, 21, 22, 24, 25, 26, 27, 28) are hereby **DEEMED MOOT** in light of Ms. Gok's most recent motion for leave to file an amended complaint (Doc. No. 29), which was filed on February 7, 2023.

2. Ms. Gok's most recently filed motion for leave to file an amended complaint under Federal Rule of Civil Procedure 15 (Doc. No. 29), which was filed on February 7, 2023, is hereby **DENIED WITH PREJUDICE** as to any allegations asserting criminal violations and against any defendants who are immune from liability and **DENIED WITHOUT PREJUDICE** as to any remaining civil claims against any remaining defendants, for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE