IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF | : | |
| AMERICA *et al.*, | : | |
| *Defendants* | : | No. 22-4838 |

## ORDER

**AND NOW**, this 22nd day of June, 2023, upon consideration of Plaintiff Hayriye Beril Gok's Emergent Motion for Reconsideration of Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) (Doc. No. 33), Ms. Gok's Amended Emergent Motion for Reconsideration of Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) With New Evidence (Doc. No. 35), and Ms. Gok's Motion for Temporary Order for Cessation of Plaintiff's Child Support Payments Until the Custody Case is Finalized (Doc. No. 45), it is hereby **ORDERED** as follows:

1. Ms. Gok's Emergent Motion for Reconsideration of Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) (Doc. No. 33) is **DEEMED MOOT** in light of Ms. Gok's Amended Emergent Motion for Reconsideration of Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) With New Evidence (Doc. No. 35).

2. Ms. Gok's Amended Emergent Motion for Reconsideration of Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) With New Evidence (Doc. No. 35) and Ms. Gok's Motion for Temporary Order for

1

Cessation of Plaintiff's Child Support Payments Until the Custody Case is Finalized (Doc. No. 45) are **DENIED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE
