IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA *et al.*, | : | |
| *Defendants* | : | No. 22-4838 |

## ORDER

AND NOW, this 22nd day of June, 2023, upon consideration of Plaintiff Hayriye Beril Gok's Motions for Expedited Consideration for Special Relief (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) (Doc. Nos. 49, 52), and her Motions for Expedited Consideration for Special Relief Reversal of the Orders of Fraud on Court Pursuant to FRCP Rule 60 (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) (Doc. Nos. 54, 55), it is hereby **ORDERED** that the motions (Doc. Nos. 49, 52, 54, 55) are **DENIED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE