IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| THE UNITED STATES OF<br>AMERICA *et al.*,<br>*Defendants* | : <br> : <br> : | No. 22-4838 |

## ORDER

AND NOW, this 22nd day of June, 2023, upon consideration of Plaintiff Hayriye Beril Gok's motions for reconsideration and for leave to file an amended complaint under Federal Rules of Civil Procedure 15 and 60 (Doc. Nos. 36, 37, 38, 40, 41, 42, 43, 44, 50, 51, 53, 57), it is hereby **ORDERED** as follows:

1. Ms. Gok's motions for reconsideration and for leave to file an amended complaint under Federal Rules of Civil Procedure 15 and 60 (Doc. Nos. 36, 37, 38, 40, 41, 42, 43, 44, 50, 51, 53) are hereby **DEEMED MOOT** in light of Ms. Gok's most recent motion for reconsideration and for leave to file an amended complaint (Doc. No. 57), which was filed on June 10, 2023.

2. Ms. Gok's most recently filed motion for reconsideration and for leave to file an amended complaint under Federal Rules of Civil Procedure 15 and 60 (Doc. No. 57), which was filed on June 10, 2023, is hereby **DENIED WITH PREJUDICE**, for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE