IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| THE UNITED STATES OF AMERICA *et al.*, *Defendants* | : : : | No. 22-4838 |

## ORDER

AND NOW, this 26th day of June, 2023, upon consideration of Plaintiff Hayriye Beril Gok's *pro se* Motions for Expedited Consideration for a Restraining Order Under Federal Rule of Civil Procedure 65 and 23 Pa. Cons. Stat. § 6102(a), Reversal of the Executive Orders of the President of the United States Joe Biden, and Special Relief Reversal of the Orders of Fraud on the Court Pursuant to Federal Rule of Civil Procedure Rule 60 (Emergency Custody Order, Restraining Order, and Emergent Order for Cancellation of Child Support) (Doc. Nos. 56, 58), it is hereby **ORDERED** that Ms. Gok's motions (Doc. Nos. 56, 58) are **DENIED WITHOUT PREJUDICE.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE