IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYRIYE BERIL GOK, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA *et al.*, | : | |
| *Defendants* | : | No. 22-4838 |

## ~~MEMORANDUM~~ ORDER

PRATTER, J.             APRIL 8th, 2024

AND NOW, this 8th day of April 2024, upon consideration of Defendants' Motion to Dismiss (Doc. No. 46) and Plaintiff's Response to Defendants' Motion to Dismiss (Doc. No. 48), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss (Doc. No. 46) is **GRANTED**;

2. The Complaint (Doc. No. 1) in the above-captioned matter is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is **INSTRUCTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1